IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHAVON GREEN, | CIVIL ACTION NO. 3:15-CV_885 |
| Plaintiff | |
| v. | (JUDGE CAPUTO) |
| MANAGEMENT & TRAINING CORPORATION, | |
| Defendant | |

## ORDER

**NOW,** this **3rd** day of May, 2016, Counsel having reported to the Court that the above case has been settled, IT IS HEREBY ORDERED that this case is dismissed without costs and with prejudice.

A. Richard Caputo
United States District Judge